UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 17, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SENON LAMAR NAILS,

Defendant.

Case No. 2:25-cr-00158-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SENON LAMAR NAILS, Case No. 2:25-cr-00158-DC, Charge 18 U.S.C. § 3606, from custody for the following reasons:

X Release on Previously Imposed Supervised Release Conditions

____ Bail Posted in the Sum of $ ________

____ Unsecured Appearance Bond $ ________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 17, 2026 at 3:13 p.m.

By: [signature]

Magistrate Judge Jeremy D. Peterson